1  Brett L. Gibbs, Esq. (SBN 251000)
   Of Counsel to Prenda Law Inc.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*
5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                      NORTHERN DISTRICT OF CALIFORNIA
8
                            SAN FRANCISCO DIVISION
9

10

11
   AF HOLDINGS LLC,              )      **No. C-12-2393 MEJ**
12                               )
             Plaintiff,          )      **PLAINTIFF'S DECLINATION TO**
13      v.                       )      **PROCEED BEFORE A UNITED**
                                 )      **STATES MAGISTRATE JUDGE AND**
14 JOHN DOE,                     )      **REQUEST FOR REASSIGNMENT TO**
                                 )      **A UNITED STATES DISTRICT JUDGE**
15           Defendant.          )
                                 )
16 _____)

17

18
              **PLAINTIFF'S DECLINATION TO PROCEED BEFORE A**
19   **UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A**
                      **UNITED STATES DISTRICT JUDGE**
20

21
            REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
22
         The undersigned party hereby declines to consent to the assignment of this case to a United
23
   States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
24
   a United States District Judge.
25

26 //

27 //

28

Respectfully Submitted,

AF HOLDINGS LLC,

**DATED: May 17, 2012**

By: \_\_\_\_/s/ Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*