# EXHIBIT A

### ➡ Nicholas Ranallo 💬 15



I am developing a program to systematically defend mass p2p copyright suits that attempts to provide cost certainty for defendants. Plaintiffs want you to believe that there is no way to obtain adequate representation for the cost of a settlement, and it's therefore best if you just settle and make it go away. I want you to know that isn't true. I can provide reduced fee and flat-fee representation* for some classes of p2p defendants, neutralizing one of the troll's biggest threats. And here's another little secret. Troll plaintiffs often threaten that you may be responsible for their attorney's fees and costs, but the inverse is also true. In many circumstances, if you successfully defend yourself from the troll's charges, they will be responsible for your fees. Copyright Act §505 works both ways. Ultimately, defendants who successfully defend themselves against meritless accusations will be the downfall of the copyright troll.

I'm licensed in California and New York, and am physically located in the Northern District of California – ground zero for many of these cases. Call me before you settle, I won't charge you for a chat. Or visit the "California and New York P2P Copyright Defense" page on my website for more information.

*Nicholas Ranallo, Attorney at Law*