IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, | No. C 12-02393 CRB |
| Plaintiff, | **FURTHER ORDER RE: UNDERTAKING** |
| v. | |
| DAVID TRINH, | |
| Defendant. | |

Plaintiff shall post the undertaking described in the Court's Order (dkt. 23) by depositing the funds into the registry of the Court.

**IT IS SO ORDERED.**

Dated: November 9, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2393\further order re undertaking.wpd