UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.

| | |
|---|---|
| C 12-02049 PJH | **AF Holdings, LLC v. Doe, et al.** |
| C 12-02393 CRB | **AF Holdings, LLC v. Trinh** |
| C 12-02394 LHK | **AF Holdings, LLC v. Doe** |
| C 12-02396 EMC | **AF Holdings LLC v. Doe** |
| C 12-02404 SC | **AF Holdings, LLC v. Doe** |
| C 12-02411 PJH | **AF Holdings, LLC v. Doe** |
| C 12-02415 CRB | **AF Holdings, LLC v. Doe** |
| C 12-03248 PJH | **AF Holdings LLC v. Nguyen** |
| C 12-04216 JSW | **Ingenuity 13 LLC v. Doe** |
| C 12-04217 RS | **Ingenuity 13 LLC v. Doe** |
| C 12-04218 WHA | **AF Holdings LLC v. Doe** |
| C 12-04219 LHK | **AF Holdings LLC v. Doe** |
| C 12-04445 LHK | **Ingenuity 13 LLC v. Doe** |
| C 12-04446 EJD | **AF Holdings LLC v. Doe** |
| C 12-04447 RMW | **AF Holdings LLC v. Doe** |
| C 12-04448 EJD | **AF Holdings LLC v. Doe** |
| C 12-04449 SC | **Ingenuity 13 LLC v. Doe** |
| C 12-04450 MMC | **Ingenuity 13 LLC v. Doe** |
| C 12-04976 JSW | **Ingenuity 13 LLC v. Doe** |
| C 12-04977 WHA | **Ingenuity 13 LLC v. Doe** |

| | |
|---|---|
| **C 12-04978 PJH** | **Ingenuity 13 LLC v. Doe** |
| **C 12-04979 LHK** | **Ingenuity 13 LLC v. Doe** |
| **C 12-04980 EJD** | **Ingenuity 13 LLC v. Doe** |
| **C 12-04981 RS** | **Ingenuity 13 LLC v. Doe** |
| **C 12-04982 CRB** | **AF Holdings, LLC v. Doe** |

**I find that the above cases are NOT related to the case assigned to me. PJH**

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

**DATED: December 27, 2012**      **By:** _/s/ Nikki Hu_
                                       **Deputy Clerk**