Paul Duffy (Bar No. 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: (800) 380-0840
E-mail: paduffy@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, ) | **No. 3:12-cv-02393-CRB** |
| ) | |
| Plaintiff, ) | **NOTICE OF CHANGE OF ATTORNEY** |
| v. ) | **CONTACT INFORMATION** |
| ) | |
| DAVID TRINH, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**NOTICE OF CHANGE IN ATTORNEY CONTACT INFORMATION**

PLEASE TAKE NOTICE that the email address for Plaintiff's attorney Paul Duffy is now paduffy@wefightpiracy.com. The correction is reflected at the beginning of this pleading and in the signature block below.

                Respectfully Submitted,

                ANTI-PIRACY LAW GROUP

        By:      /s/ Paul Duffy _____

                Paul Duffy (Bar No. 224159)
                Anti-Piracy Law Group
                161 N. Clark St., Suite 3200
                Chicago, IL 60601
                Phone: (800) 380-0840
                E-mail: paduffy@wefightpiracy.com

                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on February 5, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

/s/ Paul Duffy
Paul Duffy