Paul Duffy (Bar No. 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: (800) 380-0840
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>DAVID TRINH,<br><br>　　　　Defendant. | **Case No. 3:12-CV-02393-CRB**<br><br>Hearing on Motion to Dismiss and CMC<br><br>Judge: Hon. Charles R. Breyer<br>Date: February 22, 2013<br>Time: 10:00 A.M.<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE** |

**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE**

The Court has reviewed Plaintiff's request that its attorney be able to appear via telephone at the upcoming Hearing on Defendant's Motion to Dismiss and CMC, scheduled for February 22, 2013 at 10:00 A.M. in this Court. In light of reasonable basis presented by Plaintiff, the Court **GRANTS** this request.

IT IS SO ORDERED.

DATED: February 21, 2013

_____
District Judge

IT IS SO ORDERED
Judge Charles R. Breyer