Paul Duffy (Bar No. 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: (800) 380-0840
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, </br></br> Plaintiff, </br> v. </br></br> DAVID TRINH, </br></br> Defendant. | **Case No. 3:12-CV-02393-CRB** </br></br> Motion for Leave to File Motion for Reconsideration of Court's Dismissal of Action Without Prejudice </br></br> . |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF COURT'S DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff AF Holdings LLC, by and through its undersigned counsel, hereby files its Motion for Leave to File Motion for Reconsideration of Court's Dismissal of the instant action with Prejudice.

Plaintiff's counsel filed a Motion to Appear by Telephone at the Hearing on Defendant's Motion to Dismiss on or about February 15th, 2013. (*See* Declaration of Paul Duffy [Duffy Decl.] ¶2.) The Court granted the Motion on or about February 21, 2013. (*Id.*) In accordance with the instructions given to Plaintiff's counsel by the Court's minute clerk, Plaintiff's counsel provided a land line where he would be available for the hearing beginning at 10:00 am on February 22, 2013. (*Id.* ¶ 3.)

Plaintiff's counsel stayed at the land line he provided to the Court, 312-476,7645, from approximately 9:50 am (the Court's time) on February 22, and remained at that line until 12:30 pm (the Court's time) on February 22. (*Id.* ¶ 4.) Plaintiff's counsel did not accept any call at that line during this time period, anticipating a call from the Court so that he could participate in the hearing. (*Id.*)

In an effort to participate in the hearing, Plaintiff's counsel called the clerk at the following times (the Court's time): 10:16 AM, 10:26 AM, 10:51 AM, 11:21 AM, 11:30 AM, and 12:29 PM. (*Id.* ¶ 5.) Plaintiff's counsel did not receive a call at his number during the hearing. As such, Plaintiff's counsel was unable to participate at the hearing. (*Id.* ¶ 6.)

Plaintiff's counsel learned after the February 22, 2013 hearing that the Court had dismissed the action with prejudice. (*Id.* ¶ 7.) At the hearing, Plaintiff's counsel intended to argue that the case should be dismissed, but without prejudice. (*Id.* ¶ 8.) As described above, Plaintiff's counsel attempted in good faith to participate in the hearing, but was unable to do so. (*Id.* ¶ 9.)

Judgment was rendered without Plaintiff's counsel's participation in the hearing, and in light of Plaintiff's counsel's good faith efforts to participate, Plaintiff has been deprived of the "day in Court" to which it is rightfully entitled. As such, Plaintiff moves the Court to allow it to file a Motion for Reconsideration of the Court's Order, so that, at the very least, Plaintiff's counsel may present on Plaintiff's behalf the content of the oral arguments which it would have made had Plaintiff's counsel been able to participate in the hearing.

///

///

///

///

///

Respectfully Submitted,

Anti-Piracy Law Group

**DATED: February 22, 2013**

By:     /s/ Paul Duffy

Paul Duffy (Bar No. 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: (800) 380-0840
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 22, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

**DATED: February 22, 2013**          By:                    /s/  Paul Duffy