IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC,

    Plaintiff,

v.

DAVID TRINH,

    Defendant.

No. C 12-02393 CRB

**ORDER SETTING HEARING ON MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

The Court has granted with prejudice Defendant David Trinh's Motion to Dismiss. See Order Granting MTD (dkt. 45). Before the Court even filed that Order, Plaintiff AF Holdings filed a Motion for Reconsideration, arguing that Plaintiff's counsel in good faith attempted to participate in the motion hearing on February 22, 2013. See Motion for Leave to File Motion for Reconsideration (dkt. 44).[1] The Court specifically stated in its Order granting the Motion to Dismiss that counsel's failure to appear at the hearing was not the basis for the Court's ruling. See Order Granting MTD at 2 n.1. Nonetheless, the Court will hold a hearing on Plaintiff's Motion for Leave to File a Motion for Reconsideration, in order to give Plaintiff's counsel another opportunity to have his "day in Court." See Motion for Leave to File Motion for Reconsideration at 2.

---

[1] Plaintiff's Motion did not mention that the number counsel had previously provided to the Court was for a fax machine, that he only left a message with a new telephone number on the morning of the hearing when the Court's clerk was already in court, and that the Court's clerk called counsel's law firm and his cellular phone during the hearing and he could not be found.

1  The hearing is set for <u>8:30 A.M. on Friday, March 8, 2013</u>. Counsel for both parties
2 may appear by telephone, if they wish to do so, provided they give the Court's clerk the
3 telephone number where they can be reached <u>at least one day</u> in advance of the hearing.
4 **IT IS SO ORDERED.**

6 Dated: February 26, 2013         CHARLES R. BREYER
                                           UNITED STATES DISTRICT JUDGE