IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC,

    Plaintiff,

  v.

DAVID TRINH,

    Defendant.

No. C 12-02393 CRB

**JUDGMENT**

    Having granted with prejudice Defendant David Trinh's Motion to Dismiss, see Order (dkt. 45), the Court hereby enters judgment for Defendant and against Plaintiff AF Holdings.

    **IT IS SO ORDERED.**

Dated: March 8, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2393\judgment.wpd