**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 8, 2013**          Time:   4 minutes

**C-12-02393** CRB

**AF HOLDINGS LLC  v.  JOHN DOE**

| Attorneys: | Paul Duffy | Nick Ranallo |
|---|---|---|

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Joan Columbini**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Motion for Leave to File | Denied |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

Matter dismissed with prejudice.

(  ) ORDER TO BE PREPARED BY:   Plntf ___   Deft ___   Court ___

(  ) Referred to Magistrate Judge for: ___

(  ) CASE CONTINUED TO ___          for ___

Discovery Cut-Off ___                    Expert Discovery Cut-Off ___
Plntf to Name Experts by ___            Deft to Name Experts by ___
P/T Conference Date ___     Trial Date ___     Set for ___ days
                    Type of Trial:  (  )Jury    (  )Court

Notes: ___