# Exhibit L

## Average Law Firm Billing Rates

| Location | Position | 2012 | 2011 | Percent Increase |
|---|---|---|---|---|
| Los Angeles | Partner | $797 | $766 | 4.0% |
| Los Angeles | Associate | $550 | $516 | 6.6% |
| San Diego | Partner | $568 | $568 | 0% |
| San Diego | Associate | $394 | $378 | 4.2% |
| San Francisco | Partner | $675 | $654 | 3.2% |
| San Francisco | Associate | $482 | $449 | 7.3% |
| National | Partner | $750 | $725 | 3.4% |
| National | Associate | $495 | $460 | 7.5% |

Source: Valeo 2012 Halftime Report

## Associate billing rates going up

**Continued from page 1**

boost our billing rates."

Sockol declined to provide specific billing rates but said the firm varies its associate rates by practice group and geography. For 2012, the firm raised associate billing rates roughly 3 percent, he said.

James G. Leipold, executive director of the National Association for Law Placement in Washington D.C., said the jump in billing rates results from the overall decrease of associates at law firms, especially at large law firms. Large law firms, which are the biggest employers of junior lawyers, are relying less on partnership-track associates and more on staff lawyers, paralegals and contract lawyers.

NALP data reveals that from 2008 to 2011, large law firms on average hired entry-level associates at an annual starting salary of $160,000. Some law firms cut their starting salaries to $145,000 during that time but not many. Leipold said he thought more firms would follow suit.

'If inflation goes up 3 percent, so do our associate billing rates, because that is what covers rent, lights, computers, telephones, desks.'

— *Marc A. Sockol*

"What we saw was that law firms reduced their associate class sizes dramatically, but they didn't reduce their pay," Leipold said. "They just provided many fewer jobs."

Some large firms have turned to creating nonpartnership-track staff lawyer positions for new classes of junior lawyers, whose billing rates and compensation are lower than those of partnership-track associates.

Law firms can then maintain or increase the billing rates for the small number of associates on the partnership track, knowing they can turn to their staff lawyers, paralegals or contract lawyers to drive down the cost of legal services for clients.

"I think you'll see that [approach] more in the next couple of years," Leipold said. "It's another way for them to bring the salary structure back down and meet the cost-containment demands of clients and use people more efficiently."

*kevin_lee@dailyjournal.com*

## Lyon departs bank for King firm

*Mergers, outside general counseling planned for former Manatt partner*

**By Ameera Butt**
*Daily Journal Staff Writer*

A former Manatt, Phelps & Phillips LLP banking attorney has joined the business and litigation firm King, Holmes, Paterno & Berliner, LLP this month as partner in its Century City office.

Eileen L. Lyon left her job as chief legal officer for Far East National Bank, a subsidiary of Taiwan's Sinopac Financial Holdings Group Ltd. Prior to that, she served as chief legal officer for Hawthorne Financial Corp.

Lyon was a partner at Manatt, doing corporate, securities, mergers and acquisition work until she left the firm in 2000. A banking law practitioner for her entire career, Lyon said she was looking to go back to private practice. She joined the King firm Aug. 1.

At King, Holmes, Paterno & Berliner, she will be involved in closing the merger deals and developing her own practice providing general counsel services to clients, such as operational and compliance assistance and support for new product development, Lyon wrote in a Thursday email.

She also said she wanted to focus on community banks by providing services to those bankers.

> "I thought the large-sized firm model doesn't work for the daily interaction that so many [bankers] need."
>
> — *Eileen L. Lyon*

"I thought the large-sized firm model doesn't work for the daily interaction that so many of them need," Lyon explained.

The move comes on the heels of King, Holmes, Paterno & Berliner increasing its banking business and firm size. Howard E. King, managing partner of the Century City office, said the firm has five pending acquisitions of community banks in the works. With Lyon's hiring, there are five full-time banking lawyers now in the 15-lawyer firm, King said.

Moreover, the firm is receiving calls on every pending deal and keeping up with the big 500-lawyer firms, he said.

"We heard about Eileen and we thought, 'Wow! This will give us the opportunity to have somebody else with merger acquisition and help us close these deals as well as the future deals that will come our way,'" King said.

He added banks that didn't know about the King law firm would become familiar with it because of Lyon's background in mergers and acquisition.

"I think she is going to undertake the outside general counsel for many of our clients where she will be doing operational issues as well as contributing to the merger and acquisition practice," King said. "She will take primary responsibility of deals."

More than half of the firm's lawyers come from Manatt, King said. He said those attorneys were seeking to work for a smaller firm where they could take ownership of deals, he said.

*Ameera_Butt@dailyjournal.com*

## Multimillion-dollar verdict overturned

**By Rob Gillies**
*Associated Press*

A U.S. judge has overturned a multimillion-dollar patent-infringement verdict against BlackBerry maker Research In Motion.

The judge determined that Mformation Technologies Inc., which makes software for managing mobile devices, failed to show that RIM infringed on a key patent in question.

A federal jury in San Francisco had awarded Mformation $147.2 million last month based on an infringement finding. The judge overseeing the case nullified the earlier decision Wednesday.

Mformation, of Edison, N.J., accused RIM in 2008 of infringing on its 1999 invention for remotely managing wireless devices. Mformation's software allows companies to remotely access employee cellphones to do software upgrades, change passwords or wipe data from phones that have been stolen.

Wednesday's decision was a small victory for RIM, a Canadian company that has been struggling with plummeting sales.

"We appreciate the Judge's careful consideration of this case. RIM did not infringe on Mformation's patent and we are pleased with this victory," Steve Zipperstein, RIM's chief legal officer, said in a statement Thursday.

The number of patent lawsuits in the technology sector has exploded in recent years. Apple and Samsung, for instance, are currently engaged in a high profile court dispute over the similarities between their smartphones and tablets.

"The purpose of the patent system is to encourage innovation, but the system is still too often exploited in pursuit of other goals," said Zipperstein. "Many policy makers have already recognized the need to address this problem and we call on others to join them as this case clearly highlights the significant need for continuing policy reform to help reduce the amount of resources wasted on unwarranted patent litigation."