Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant David Trinh

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID TRINH <br><br> Defendants. | Case No. 3:12-cv-02393-CRB <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY FEES – STATEMENT OF RECENT DECISION** |

Pursuant to Northern District of California Local Rule 7-3(d)(2), Defendant David Trinh hereby submits the following relevant Order Imposing Sanctions, from Central District of California case no: 12-cv-08333 and related cases involving AF Holdings. The proceedings that led to this Order were discussed in Mr. Trinh's Motion for Attorney's Fees, and the Order includes relevant findings of fact regarding Plaintiff and its counsel herein. By its terms, each Judge before whom this Plaintiff has a pending case should be notified of the Order. A copy of the Order is annexed hereto as Exhibit A.

DATED: May 10, 2013            Respectfully Submitted,

                                        NICHOLAS RANALLO, ATTORNEY AT LAW

                                        By: _____/s/ Nicholas Ranallo
                                                Nicholas Ranallo (Cal Bar # 275016)
                                                Attorney for Defendant David Trinh
                                                371 Dogwood Way
                                                Boulder Creek, CA 95006
                                                (831) 703-4011
                                                Fax: (831) 533-5073
                                                nick@ranallolawoffice.com

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this 10th day of May, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

                                                /s/            Nicholas R. Ranallo

                                                Nicholas Ranallo, Attorney at Law