Paul Duffy (Bar No. 224159)
2 N. LaSalle Street, 13th Floor
Chicago, IL 60601
Phone: (312) 952-6136
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, | **Case No. 3:12-CV-02393-CRB** |
| Plaintiff, | |
| v. | Hearing on Motion for Attorney Fees |
| | Judge: Hon. Charles R. Breyer |
| DAVID TRINH, | Date: May 24, 2013 |
| | Time: 10:00 A.M. |
| Defendant. | **PLAINTIFF'S REQUEST TO APPEAR BY** |
| | **TELEPHONE** |

### PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE

Plaintiff AF Holdings LLC, through its undersigned counsel, Paul Duffy, and pursuant to Northern District of California Local Rules, hereby requests this Court's permission to allow Mr. Duffy to appear by telephone at the upcoming Hearing on Defendant's Motion to Dismiss and Case Management Conference, scheduled for May 24, 2013 at 10:00 A.M.. Plaintiff makes this request in light of the fact that Plaintiff's counsel's office is located in Chicago, Illinois; as such, the expenses and burden of traveling back and forth would be tremendous. Mr. Duffy can be reached at (312) 952-6136.

///

///

///

Respectfully Submitted,

**DATED: May 20, 2013**

By:        /s/ Paul Duffy

Paul Duffy (Bar No. 224159)
2 N. LaSalle Street
13th Floor
Chicago, IL 60602
Phone: (312) 952-6136
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE     No. 3:12-CV-02393-CRB

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 20, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.


**DATED: May 20, 2013**                    By:                    ___/s/  Paul Duffy_____