IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC,

    Plaintiff,

    v.

DAVID TRINH,

    Defendant.

No. CV 12-02393 CRB

**ORDER GRANTING MOTION FOR COSTS AND ATTORNEY FEES PURSUANT TO 17 U.S.C. § 505**

This matter came on for hearing today on Defendant's Motion for Costs and Attorney Fees Pursuant to 17 U.S.C. § 505 (dkt. 51). For the reasons stated in open court, the Court GRANTS the motion, and awards Defendant attorney fees in the amount of $9425.00.

**IT IS SO ORDERED.**

Dated: May 24, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE