**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 24, 2013**　　　　　　　　　　　　　Time:　11 minutes

**C-12-02393** CRB

**AF HOLDINGS LLC  v.  DAVID TRINH**

Attorneys:　　Paul Duffy　　　　　　　　　　　　　Nicholas Ranallo

Deputy Clerk: **BARBARA ESPINOZA**　　　　　Reporter: **Joan Columbini**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Motion for Attorney Fees | Granted |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

Fees in the amount of $9,425 granted

( ) ORDER TO BE PREPARED BY:　Plntf ____　Deft ____　Court ____

( ) Referred to Magistrate Judge for: ____

( ) CASE CONTINUED TO ____　　for ____

Discovery Cut-Off ____　　　　　　　Expert Discovery Cut-Off ____
Plntf to Name Experts by ____　　　　Deft to Name Experts by ____
P/T Conference Date ____　Trial Date ____　Set for ____ days
　　　　　　　Type of Trial:  ( )Jury   ( )Court

Notes: ____