Paul Duffy (Bar No. 224159)
2 N. LaSalle Street, 13th Floor
Chicago, IL 60601
Phone: (312) 952-6136
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>DAVID TRINH, )<br>Defendant. )<br>)<br>_____ ) | **Case No. 3:12-CV-02393-CRB**<br><br>**AF HOLDINGS, LLC'S NOTICE OF APPEAL**<br><br>Judge: Hon. Charles R. Breyer |

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that AF Holdings, LLC hereby appeals to the United States Court of Appeals for the Ninth Circuit from: (1) the Court's November 9, 2012 Order Granting Motion To Post Undertaking (ECF No. 23), attached as Exhibit A; (2) the Court's December 6, 2012 Order Denying Motion For Leave To File Motion For Reconsideration (ECF 29); (3) the Court's February 25, 2013 Order Granting Motion To Dismiss (ECF 45), attached as Exhibit C; (4) the Court's March 8, 2013 Judgment For Plaintiff And Against Defendant (ECF 48), attached as Exhibit D; and (5) the Court's May 24, 2013 Order Granting Defendant's Motion For Costs And Attorney Fees" (Exhibit E).

Respectfully submitted,
AF Holdings, LLC

DATED: June 6, 2013

By: s/ Paul A. Duffy
*One of its attorneys*
Paul A. Duffy, Esq.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2 N. LaSalle Street
13th Floor
Chicago, IL 60602
(312) 952-6136
pduffy@pduffygroup.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 6, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

By: s/ Paul A. Duffy