**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   AF HOLDINGS LLC,                        No. CV 12-02393 CRB

12            Plaintiff,                     **ORDER DENYING PLAINTIFF'S
                                             APPLICATION FOR A STAY OF
13      v.                                   PROCEEDINGS AND
                                             ENFORCEMENT OF ORDER
14   DAVID TRINH,                            PENDING APPEAL**

15            Defendant.
                                         /
16

17        Pending before the Court is Plaintiff's Application for an Order Staying Proceedings

18   and Enforcement of the Order Granting Attorney Fees Pending Appeal. See dkt. 61.  Upon

19   consideration of Plaintiff's Application, the opposition thereto (dkt. 66), and the entire record

20   of this case, the Court finds that Plaintiff's Motion should be DENIED.

21

22   **IT IS SO ORDERED.**

23

24   Dated: June 19, 2013                    CHARLES  R. BREYER
                                             UNITED STATES DISTRICT JUDGE
25

26

27

28