UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 10 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AF HOLDINGS, LLC,

        Plaintiff - Appellant,

v.

DAVID TRINH,

        Defendant - Appellee.

No. 13-16157

D.C. No. 3:12-cv-02393-CRB
U.S. District Court for Northern California, San Francisco

**ORDER**

    A review of the file in this case reveals that counsel has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

    Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case. Counsel for appellant is directed to notify immediately his/her client in writing regarding this dismissal.

    This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Tina S. Price
Deputy Clerk