Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant David Trinh

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID TRINH <br><br> Defendants. | Case No. 3:12-cv-02393-CRB <br><br> Honorable Charles R. Breyer |

**<u>DEFENDANT DAVID TRINH'S NOTICE OF SATISFACTION OF JUDGMENT</u>**

Defendant David Trinh, by and through his undersigned attorney of record, acknowledges satisfaction of the Judgment against plaintiff AF Holdings, LLC for attorney's fees and costs entered in this matter on May 24, 2013.


DATED: December 6, 2013         NICHOLAS RANALLO, ATTORNEY AT LAW


                                By: _____/s/ Nicholas Ranallo
                                    Nicholas Ranallo (Cal Bar # 275016)
                                    Attorney for David Trinh
                                    371 Dogwood Way
                                    Boulder Creek, CA 95006
                                    (831) 703-4011
                                    Fax: (831) 533-5073
                                    nick@ranallolawoffice.com

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this 6th day of December, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

/s/    Nicholas R. Ranallo

Nicholas Ranallo, Attorney at Law